ZACHARIAH DEDERICK AND OTHERS, RESPONDENTS, v. E. A. McALLESTER, APPELLANT.

APPEAL from a judgment in favor of the plaintiffs, entered on a verdict directed by the court.

The General Term was of the opinion that the evidence was such as to authorize the judge to direct a verdict, and affirmed the judgment.

*Steele & Boyd*, for the appellant.

*John A. Mapes*, for the respondents.

Opinion by DAVIS, P. J.

DANIELS and LAWRENCE, JJ., concurred.

Judgment affirmed.

---

EUGENE MIANNAY, RESPONDENT, v. JOSIAH FLETCHER AND OTHERS, APPELLANTS.

APPEAL from a judgment in favor of the plaintiff, entered upon the report of a referee.

The General Term *held*, that the findings of the referee were justified by the evidence, and affirmed the judgment.

*J. K. Hayward*, for the appellants.

*D. R. Jaques*, for the respondent.

Opinion by BRADY, J.

DAVIS, P. J., and DANIELS, J., concurred.

Judgment affirmed.